United States District Court
for the District of New Jersey

_____
**AIR CONCEPTS INTERNATIONAL, LLC**

       Plaintiff

**AEROLINEAS MEXICANAS, JS, S.A. de C.V.**

       Defendant
_____

:
:
:    Civil No. 08-6110
:
:    Order of Reassignment
:
:
:
:
:

It is on this 16th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Joseph L. Linares to Judge William J. Martini..


                         S/Garrett E. Brown, Jr.
                         Garrett E. Brown, Jr., Chief Judge
                         United States District Court